## ATTACHMENT.

[Hamilton (1st) Circuit Court, January 4, 1908.]

BROWN & KETCHAM IRON CO. v. L. P. HAZEN & CO.

GIVING OF BOND DOES NOT CONFER JURISDICTION IN VOID ATTACHMENT PROCEEDINGS.

In an attachment proceeding which is rendered void by a defect in the affidavit, jurisdiction is not conferred over the defendant by reason of the fact that he has given bond.

**Cobb, Howard & Bailey,** for plaintiff in error.

**Raymond Ratliff,** for defendant in error

SMITH, J.

Upon the authority of *Ward* v. *Ward*, 10 Circ. Dec. 656 (20 R. 136), we are of the opinion that the affidavit for attachment filed herein was void. This being so, did the giving of a bond by the defendant below to discharge the attachment have the effect of submitting the defendant to the jurisdiction of the court? We think not. See *Saxton* v. *Plymire*, 2 Circ. Dec. 118 (3 R. 209). The court therefore erred in overruling the motion of plaintiff in error to discharge the attachment, and said judgment is reversed.

**Swing** and **Giffin, JJ.,** concur.